# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

_Ronnie Bedell_ )
Plaintiff )
)
vs. )  Case No. _____
_John Peterson Honorable Judge_ )
Defendant )
_Jerry A Harrison JR_

## AFFIDAVIT OF FINANCIAL STATUS

I, _Ronnie Bedell_, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

I. **MARITAL STATUS AND PERSONAL DATA**

A. Single: ✓   Married: ___   Separated: ___   Divorced: ___

B. Name of Spouse: _Decease_

C. Age of plaintiff, petitioner or complainant: _63_

D. Age of spouse: _Deceased_

E. Address of plaintiff, petitioner or complainant: _8403 Booth Bill Raytown MO._

   Telephone: _(816) 377-1643_

F. Address of spouse: _NA_

   Telephone: _NA_

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

_____

_____

_____

## II. EMPLOYMENT

A. Name of employer: Final Touch Trim finish LLC

Address of employer: 8403 Booth Ave Raytown

Employer's telephone: 816 379-1643  Length of employment: 25 yrs

Job title or description: Owner

Net Income:    Monthly $ 900.00    Weekly $_____

Gross Income:  Monthly $ 1650     Weekly $_____

Does employer provide health insurance:  Yes ___  No ✗

If employer provides health insurance, describe coverage: owner only medicare medicaid

B. Previous employment (Answer only if presently unemployed)

Name of employer: Final Touch Trim finish LLC

Address of employer: 8403 Booth Ave

Employer's telephone: 816 379-1643  Length of employment: 20

Job title or description: Carpenter

Net Income:    Monthly $ 1620    Weekly $_____

Gross Income:  Monthly $_____ Weekly $_____

1620

C. Employment of spouse: Deceased

Name of employer: _____

Address of employer: _____

Employer's telephone: _____ Length of employment: _____

Job title or description: _____

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

## III. FINANCIAL STATUS
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A. Owner of real property? Yes ✗ No ✗

If yes - Description: All paperwork is gone due to Eviction

Address: _____

In whose name? Ronnie Bedell

Estimated value: 600 - 700,000

Total amount owed: It was 300,000

Owed to: ? Fannie-Mae Bankruptcy

Annual income from property: ○

B. Owner of automobile: Yes ✗ No ___

If yes - Number of automobiles owned: 2

Make Ford  Model F-150  Year 2005

Make Hyundai  Model Accent  Year 2006

In whose name registered? Ronnie Bedell

Present value: 3800 - 2800
                Ford    Hyundai

Amount owed on the automobile(s): 1803.00

Owed to: World Finance

Monthly payment(s): 200.00

C. Cash on hand: (Include checking and savings accounts)

$ 30.00 -0- Time of filing

List names and addresses of banks and associations:

Personal - Chase    Personal - Bank of AM

Business - Chase    Business - Bank of AM

**Please do not state account numbers.**

D. Have you received within the past 12 months any money from any of the following sources: 700,000 value

Lost proff of 2 home's that were during the mortge company lost trying to settle-up on monie or dollars

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends? | | X |
| Pensions, trust funds, annuities or life Insurance payments? | | X |
| Gifts or inheritances? | | X |
| Welfare Payments? | | X |
| ADC or other governmental child support? | | X |
| Unemployment benefits? | | X |
| Social Security Benefits | X | |
| Other sources? | | |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

SSI - DIS  900 X 11

IV. **OBLIGATIONS**

*Weeklies Motels* — Since 2020 Sept-Oct-Started From eviction status.

A. Monthly rental on house or apartment: **1400. monthly**

B. Monthly mortgage payments on house: **N A**

   Amount of equity in house: **0 — Rent**

C. Monthly mortgage payments on other properties: $ **0**

   Amount of equity in other properties: $ **0**

D. Household expenses: **Light water + Heat weekly living**

   Monthly grocery expense: **200.00**

   Monthly utilities:

   Gas: **Included - Hotel**

   Electric: **Included - Hotel**

   Water: **Included - Hotel**

   Other: (Specify) **Auto - Gas 300-400 Amo**

E. Other debts and miscellaneous monthly expenses (Debt's &1 2020)

| To whom owed and for what reason incurred? | Monthly Payments | Balance Due |
|---|---|---|
| Backyard Portable Builders/Patio Patio &1 Bos College / still there | 110 | 2,500 + Interest |
| | | |
| Life Protect 24/7 | 34.00 | 129.00 |
| | | |
| | | |
| | | |

#See Credit report and monthly expense sheet.

Case 6:23-cv-03053-MDH   Document 1-1   Filed 02/16/23   Page 5 of 12

**V. OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

_____

_____

_____1600 Business_____

_____900 SSI_____

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Ronnie Bedell.
Signature of Plaintiff or Plaintiffs

## VERIFICATION

State of __Missouri__ )
)
County of __Jackson__ )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the ~~best of~~ my knowledge and belief.

_____
Ronnie Bedell
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this __08__ day of __February__, 20 __23__

_____
Notary Public

__9/9/2025__
My Commission Expires

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RONNIE BEDELL

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

31st JUDICAL CIRCUIT COURT
GREENE COUNTY – John Peterson
Honorable Judge – Jerry A Harmison

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Existing Court Case #
2031 - AC03876

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☒ Yes ☐ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ronnie Bedell
Street Address: 8403 Booth Ave
City and County: Raytown, MO 64138
State and Zip Code: 64138 Jackson County
Telephone Number: 816-379-1643
E-mail Address: RonnieBedell@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: John Peterson
Job or Title (if known): Owner of Peterson Properties LLC
Street Address: PO Box 8128
City and County: Greene County Springfield, MO.
State and Zip Code: Missouri 65801
Telephone Number: 1-301-252-7061
E-mail Address (if known):

Defendant No. 2

Name: Honorable Judge: Jerry A Harmison JR
Job or Title (if known): (Judge) Case # 2031-AC0875
Street Address: 940 N Boonville Ave.
City and County: Springfield, MO. Greene County

2

State and Zip Code __MO, 65802__
Telephone Number __417-868-4000__
E-mail Address
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

[X] Federal question      Violated 14th Amendment
SEE EXHIBIT —            Due process of the law.                                70.2
                                                                                Federal
List the specific federal statutes, federal treaties, and/or provisions of the United States And 42 code
Constitution that are at issue in this case. ORDER under section 361 OF the Public Health
534.140 (RSMO 1939 § 2842, A.L. 1945. P1089. A.L. 1978 H.B. 1634)(42 U
534.160 Demand for trial by Jury — 534.310 Verdict for Complain 21
534.230 Extent of Claim of person having lawful possession.
534.330 Judgment on verdict for complainant.

[X] Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.
__Honorable Judge Jerry A Harmison Jr (37091)__
__31st Judicial Circuit   Greene County__
__Springfield, Missouri__

[ ] Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* __Ronnie Bedell__, is a citizen of the State of *(name)* __Missouri__.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

1. If the defendant is an individual

    The defendant, (name) John Peterson, is a citizen of the State of (name) Missouri. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation LLC

    The defendant, (name) John Peterson, is incorporated under the laws of the State of (name) Missouri, and has its principal place of business in the State of (name) Peterson properties Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Peterson Properties llc

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy   2.5 million

    The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*: 500 hundred thousand
    250,000 - household Goods  30,000 - Tools
    250,000 - Punitive/mental Damage's over 1 1/2
    1,500,000, Painting, originals books, movies, music scripts
    old Bibles (1900 - 2000)

III. **Statement of Claim**   2 million 500 hundred thousand.

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you? Courts Violated of Due Process Evicted Illegaly by Defendant lieing to the Court Court not Following up
- What injuries did you suffer? Can't rent until this day causing discomfort living situation's Homeless.
- Who was involved in what happened to you? John Peterson / Honorable Judge Jerry A Harrison JR

4

- 10-Aug-2020 Default Judgment.
PLAINTIFF APPEARS IN PERSON — False statement.

- How were the defendants involved in what happened to you? by serving and executing an eviction Illegally during Covid-19
- Where did the events you have described take place? Springfield, MO 803 College Springfield, MO.
- When did the events you have described take place? During the month July 2020 Springfield, MO — Aug 4 - 2020 Eviction.

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Exhibit B *

loss of Household goods — 250,000
loss of Art supplies · Painting, Value Painting (60,000)
loss of tools (const co) 80,000.
loss of Records & Family Photo's (Priceless)
loss of Office Equipment Computer 5,000.00
loss of Clothes Value of 20,000.00
loss of Scripts movies Book music over 50 yrs
loss of 100 yr old Bible's 1,5 million dollars
(Due to Eviction Couldn't Rent) priceless 90,000
250,000 2 YR (inconvenience)
Living Arrangements

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments. 2, million, 500 thousand 300,000 Art, painting Award of 803 College Building Springfield MO for asking price over 100,000.00 250,000 of household 500 30,000 Tools (320000) Punitive/mental Damages. Flat-out illegal Eviction During Covid-19 mandate

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?
Yes ☒   No ☐

Do you claim punitive monetary damages?
Yes ☒   No ☐

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages. 2,£ million Dollars

See Exhibit

250,000 Actual Household goods (my whole life was lost)
30,000, (Tools lost to perform wk) 200,000, (Builds Awarded, business Expense/tu) lost
1,3200,000 Punitive Monetary damages) Due to Past rent
Hardship living — debt's owe to others
Years of family + Friends History
nee 100 yr of Bibbs

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02-08, 2023

Signature of Plaintiff
Printed Name of Plaintiff Ronnie Bedell