IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONNIE BEDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:23-cv-03053-MDH |
| | ) | |
| JOHN PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Stipulation for Dismissal With Prejudice (Doc. 13) signed by Plaintiff, Ronnie Bedell, *pro se,* and Defendant, John Peterson, by and through his counsel. The parties stipulate that all of Plaintiff's claims and causes of action against Defendant as set forth in the Complaint shall be dismissed with prejudice, with each party to bear their own attorney fees and costs.

WHEREFORE, the Court **GRANTS** the Stipulation for Dismissal With Prejudice (Doc. 13), and hereby dismisses this case in its entirety, with prejudice, and with each party to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: September 25, 2023

      /s/ Douglas Harpool
      **DOUGLAS HARPOOL**
      **UNITED STATES DISTRICT JUDGE**